**FILED**

SEP 10 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

UNITED STATES DISTRICT COURT
BILLINGS MONTANA

| | |
|---|---|
| Todd Kenneth Horob<br>v.<br>Montana Department<br>of Livestock | COMPLAINT<br><br>(FRAUD) |

Comes Now Todd Horob Acting Pro Se

THE MONTANA DEPARTMENT OF LIVESTOCK HAS COMMITTED FRAUD AGAINST TODD HOROB. FALSE TESTIMONY AND FALSE DOCUMENTS BY THE MONTANA DEPARTMENT OF LIVESTOCK BRINGS A COMPLAINT OF FRAUD TO FEDERAL COURT. DISCOVERY WILL HONOR EVIDENCE TO SHOW AND DEMONSTRATE COMPLETE FRAUD. MONTANA DEPARTMENT OF LIVESTOCK HAS NO AUTHORITY TO BE ABLE TO COMMITT FRAUD. JUDGE SUSAN P. WATTERS CANNOT ALLOW THE MONTANA DEPARTMENT OF LIVESTOCK TO COMMITT FRAUD. THE MONTANA DEPARTMENT OF LIVESTOCK IS LIABLE TO TODD HOROB FOR FRAUD. DAMAGES CAN BE AMENDED BY CIVIL ACTION. THE CLERK OF COURT HAS TO FILE THIS COMPLAINT DUE TO FRAUD (DUE PROCESS)
FRAUD COMPLAINT

Todd Horob
10164-046
FCI - ALLENWOOD-LOW
P.O. Box 1000
WHITE DEER, PA 17887

DATED 9-4-18
Todd K Horob
10164-046

By- US MAIL
MAILED ON 9-4-18